IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HENRY MORGAN, SUSAN SMITH, CHARLES SMITH, LAURA SEALE, TERRI COGBURN, LAURA BAESEL, TONI HALE, KATHLEEN WALTON, and TERRY WARNER, § § § § § § | § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:23-CV-0697-K |
| LINCOLN NATIONAL CORPORATION d/b/a LINCOLN FINANCIAL GROUP, THE LINCOLN NATIONAL LIFE INSURANCE CO., LINCOLN LIFE & ANNUITY COMPANY OF NEW YORK, FMR LLC, and FIDELITY PRODUCT SERVICES, LLC, | § § § § § § § § | |
| Defendants. | § | |

## ORDER

This case is a class action originally filed by Plaintiffs Henry Morgan, Susan Smith, Charles Smith, Laura Seale, Terri Cogburn, Laura Baesel, Toni Hale, Kathleen Walton, and Terry Warner (collectively, "Plaintiffs") in state court and removed by Defendants Lincoln National Corporation d/b/a Lincoln Financial Group, The Lincoln National Life Insurance Company, and Lincoln Life & Annuity Company of New York (collectively, the "Lincoln Defendants"). *See generally* Doc. No. 1. On June 7, 2023,

ORDER – PAGE 1

Plaintiffs, the Lincoln Defendants, and Defendant Fidelity Product Services, LLC, filed their Joint Rule 26(f) Conference Report (Doc. No. 26). In addition to addressing the required content outlined in the Court's Order (Doc. No. 18), the parties state that they "agree[] in principle that discovery should be held in abeyance pending a ruling on Defendants' motions to dismiss." Doc. No. 26 at 1; *see* 3-4, ¶ 9. The parties propose opening discovery on December 18, 2023. *Id.*

As this is a class action and there are pending motions to dismiss, the Court **defers** entering a Scheduling Order at this time, finding good cause exists for the delay. FED. R. CIV. P. 16(b)(2). Nevertheless, **by July 11, 2023**, the parties shall file a Joint Designation of Mediator in which the parties either name an agreed mediator or state that the parties cannot agree to a mediator. The parties shall mediate this case **by April 5, 2024**. *See* Doc. No. 26 at 5-6, ¶ 15. Further, the Court **ORDERS** the parties to file an amended joint Rule 26(f) conference report **within 30 days from the date the Court rules on the motions to dismiss**.

The Court hereby **STAYS and ADMINISTRATIVELY CLOSES** the case until the Court has decided the motions to dismiss. There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is, therefore, instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this Order shall be considered a dismissal

or disposition of this case, and should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

**SO ORDERED.**

Signed June 20th, 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE